**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

U.C.V.,                                              :
                                                     :
      Petitioner,                                :
                                                     :
v.                                                   :          CASE NO.: 7:26-CV-136 (LAG)
                                                     :
Warden, IRWIN COUNTY DETENTION          :
CENTER, *et al.*,                                    :
                                                     :
      Respondents.                               :
_____ :

## ORDER

    Petitioner having received a bond hearing as ordered by the Court and failing to show

cause why Petitioner's application for habeas relief is not moot, this case is dismissed.

    **SO ORDERED**, this 15th day of June, 2026.


                     /s/ Leslie A. Gardner
                     **LESLIE A. GARDNER, CHIEF JUDGE
                     UNITED STATES DISTRICT COURT**

2