IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ULISES CRUZ VARGAS,                         *

                Petitioner,        *

v.                                          Case No. 7:26-cv-136 (LAG-AGH)

                               *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,                             *

                Respondents.       *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated June 15, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 15th day of June, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk